IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03012-WJM-BNB

KISSING CAMELS SURGERY CENTER, LLC, CHERRY CREEK SURGERY CENTER, LLC, ARAPAHOE SURGERY CENTER, LLC, and HAMPDEN SURGERY CENTER, LLC,

    Plaintiffs,

v.

HCA, INC.,
HCA-HEALTHONE LLC,
CENTURA HEALTH CORPORATION,
COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC., and
KAISER FOUNDATION HEALTH PLAN OF COLORADO,

    Defendants.

## MOTION FOR CONSIDERATION OF RECUSAL

    Defendant, Centura Health Corporation, by it attorneys, Kutak Rock LLP, pursuant to Fed.R.Civ.P. 7(b) and 7.2, respectfully submits this Motion For Consideration Of Recusal and states as follows:

    1.    This Court *sua sponte* entered Orders of Recusal in Case No. 12-cv-00165-WJM, captioned *Jane Doe v. Catholic Health Initiatives Colorado, a Colorado nonprofit corporation, d/b/a Centura Health-Penrose Hospital* and Case No. 11-cv-02179-WJM, captioned *Jane Roe v. Catholic Health Initiatives Colorado, a Colorado nonprofit corporation, d/b/a Centura Health-Penrose Hospital*. In each of those Orders of Recusal, the Court concluded that it believed a relationship existed between the Court and an executive of Defendant Catholic Health Initiatives Colorado such that "a reasonable person would harbor doubts about my impartiality." As a result, the Court recused itself pursuant to 28 U.S.C. § 455(a)."

2.      The defendant in those cases was Catholic Health Initiatives Colorado, a Colorado nonprofit corporation, d/b/a <u>Centura Health-Penrose Hospital</u>.  One of the defendants in this case is Centura Health Corporation.  It is only fair to the Court and to other parties in this litigation to disclose that Catholic Health Initiatives Colorado is one of the two sponsoring organizations of Centura Health Corporation. Catholic Health Initiatives Colorado has a 70% interest, as a sponsoring organization, in Centura Health Corporation.  Further, the claims in this case make specific reference to Penrose Hospital and arose during the same time frame as the claims in those cases, when the same executive leadership was in place at Centura and Catholic Health Initiatives Colorado.

3.      If Centura is successful in defending the claims asserted against it or the claims against it are dismissed, Centura does not want the plaintiffs or the public to have any potential doubts about the impartiality of the Court or for there to be any such basis for overturning a ruling favorable to Centura.

4.      In order to avoid any such doubts and concerns, Centura respectfully requests that this Court consider whether a recusal is appropriate in this case.

5.      Undersigned counsel certifies, pursuant to D.C.Colo.LCivR 7.1, that he has conferred with opposing counsel regarding this motion.  Plaintiffs' counsel advised that his client does not consent to the motion.

Respectfully submitted this 18th day of January, 2013.

3

KUTAK ROCK LLP

By: *s/ Melvin B. Sabey*
    Melvin B. Sabey
    1801 California Street, Suite 3100
    Denver, CO 80202
    Telephone: (303) 297-2400
    Email: mel.sabey@kutakrock.com

ATTORNEY FOR DEFENDANT CENTURA HEALTH CORPORATION

CERTIFICATE OF SERVICE

I hereby certify that on 18th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address listed in the CM/ECF system records:

Joe R. Whatley, Jr.  
jwhatley@wdklaw.com

Edith M. Kallas  
ekallas@dkwlaw.com

W. Tucker Brown  
tbrown@wdklaw.com

Deborah J. Winegard  
dwinegard@wdklaw.com

*Attorneys for Plaintiffs*

John A. Francis  
john.francis@dgslaw.com  
Natalie West  
natalie.west@dgwlaw.com  
Aimee Goldstein  
agoldstein@stblaw.com

Erin McAlpin Eiselein  
erin.eiselein@dgslaw.com  
Kevin Arquit  
karquit@stblaw.com  
Abram J. Ellis  
aellis@stblaw.com

*Attorneys for Defendants HCA, Inc. and HCA-HealthONE LLC*

James E. Hartley  
jhartley@hollandhart.com

Jonathan S. Bender  
jsbender@hollandhart.com

*Attorneys for Defendant Kaiser Foundation Health Plan of Colorado*

Kathryn A. Reilly  
kathryn.reilly@huschblackwell.com

Chris Brady  
chris.brady@huschblackwell.com

*Attorneys for Defendants Colorado Ambulatory Surgery Center Association, Inc.*

                                          *s/ Roy P. Colclazier*  
                                          Roy P. Colclazier

4816-8603-5218.1