# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03012-WJM-BNB

KISSING CAMELS SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
ARAPAHOE SURGERY CENTER, LLC, and
HAMPDEN SURGERY CENTER, LLC,

    Plaintiffs,

v.

HCA, INC.,
HCA-HEALTHONE LLC,
CENTURA HEALTH CORPORATION,
COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC., and
KAISER FOUNDATION HEALTH PLAN OF COLORADO,

    Defendants.

---

### DEFENDANT COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC.'S MOTION TO ACCEPT AMENDED MOTION TO DISMISS ONE BUSINESS DAY AFTER DUE DATE

---

    Colorado Ambulatory Surgery Center Association, Inc. ("CASCA"), through undersigned counsel, respectfully requests that the Court accept its Motion to Dismiss filed one business day after the January 25, 2013 due date.

    Pursuant to D.C.COLO.LCivR 7.1(A) and WJM Revised Practice Standard III.D, the undersigned counsel discussed the contents of this Motion with counsel for Plaintiffs and Plaintiffs oppose the requested relief.

    1.    This action was filed on November 15, 2012.  *Dkt. No. 1*.

2. On December 14, 2012, the Court entered an order granting an extension of time up to and including January 24, 2013 for all defendants to answer or otherwise respond to the Complaint. *Dkt. No. 34*.

3. On January 24, 2013, undersigned counsel filed CASCA's Motion to Dismiss. *Dkt No. 42*. CASCA's Motion to Dismiss incorporated by reference the contents of the Motions to Dismiss filed by Defendants HCA, Inc., Inc. and HCA-HealthOne LLC and Defendant Centura Health Corporation, both of which included statements describing Defendants' counsel's efforts to confer with Plaintiffs' counsel and Plaintiffs' objection to the relief sought in compliance with WJM Revised Practice Standard III.D. Undersigned counsel inadvertently neglected to independently confer with Plaintiffs' counsel prior to filing CASCA's Motion to Dismiss.

4. CASCA relied on undersigned counsel and had no knowledge of or involvement in counsel's oversight.

5. The Court struck CASCA's Motion to Dismiss without prejudice to refiling for failure to comply with WJM Revised Practice Standard III.D on January 25, 2012. *Dkt. No. 43*.

6. Undersigned counsel immediately contacted Plaintiffs' counsel to attempt to confer on the contents of CASCA's Motion to Dismiss and this Motion. Plaintiffs oppose the relief sought in both this Motion and CASCA's Motion to Dismiss.

7. CASCA now respectfully requests that the Court accept for filing its Amended Motion to Dismiss which complies with WJM Revised Practice Standard III.D, attached hereto as **Exhibit A**.

8.      The one-day delay in filing of the Amended Motion to Dismiss will not prejudice any party and CASCA should not be prejudiced by the oversight of undersigned counsel.

Dated this 25th day of January, 2013.

HUSCH BLACKWELL LLP

By: *s/ Kathryn A. Reilly*
   Kathryn A. Reilly, #37331
   Christopher J. Brady, #40267
   1700 Lincoln Street, Suite 4700
   Denver, CO  80203
   Tel:  (303) 749-7200
   Fax:  (303) 749-7272
   kathryn.reilly@huschblackwell.com
   chris.brady@huschblackwell.com

**Attorneys for Defendant Colorado Ambulatory Surgery Center Association, Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 25th day of January, 2012, a true and correct copy of the foregoing **DEFENDANT COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC.'S UNOPPOSED MOTION TO ACCEPT AMENDED MOTION TO DISMISS ONE BUSINESS DAY AFTER DUE DATE** was served electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Whatley Kallas, LLC<br>Edith M. Kallas<br>ekallas@whatleykallas.com<br><br>William Tucker Brown<br>tbrown@whatleykallas.com<br><br>Joe Ramon Whatley, Jr.<br>jwhatley@whatleykallas.com | Simpson Thacher & Bartlett, LLP<br>Abram Jeremy Ellis<br>aellis@stblaw.com<br><br>Aimee Hope Goldstein<br>agoldstein@stblaw.com<br><br>Erin McAlpin Eiselein<br>erin.eiselein@dgslaw.com<br><br>John Allen Francis<br>john.francis@dgslaw.com<br><br>Kevin James Arquit<br>Karquit@stblaw.com |
| Kutak Rock, LLP<br>Melvin B. Sabey<br>Melvin.sabey@kutakrock.com | Holland & Hart, LLP<br>James Edward Hartley<br>jhartley@hollandhart.com<br><br>Jonathan S. Bender<br>jsbender@hollandhart.com |

By: s/ *Mischelle Mayer*