**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03012-WJM-BNB

KISSING CAMELS SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
ARAPAHOE SURGERY CENTER, LLC, and
HAMPDEN SURGERY CENTER, LLC,

    Plaintiffs,

v.

HCA, INC., HCA-HEALTHONE LLC,
CENTURA HEALTH CORPORATION,
COLORDO AMBULATORY SURGERY
CENTER ASSOCIATION, INC., and
KAISER FOUNDATION HEALTH PLAN OF COLORADO,

    Defendants.

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

Plaintiffs Kissing Camels Surgery Center, LLC, Cherry Creek Surgery, LLC, Arapahoe Surgery Center, LLC and Hampden Surgery Center, LLC (the "Plaintiffs"), by and through their undersigned counsel respectfully submit this Unopposed Motion to Exceed Page Limits in Plaintiffs' Response to Motion to Dismiss and would show the Court as follows:

Plaintiffs, pursuant to WJM Revised Practice Standard III.C.2, move the Court for leave to exceed the fifteen (15) page limit in their response.

Defendant HCA, Inc., and Defendant HCA-HealthONE, LLC, (collectively "HealthONE")'s, Defendant Centura Health Corporation ("Centura")'s, Defendant

Colorado Ambulatory Surgical Association ("CASCA")'s and Defendant Kaiser Foundation Health Plan of Colorado ("Kaiser")'s (collectively "Defendants") filed their Motions to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) on January 24, 2013. The Court subsequently struck CASCA's response on January 25, 2012.  Two of these briefs were the full fifteen pages allowed by the Court's rules, and the other two briefs were ten and five pages each.

As Plaintiffs understand the WJM Revised Practice Standard III.C.1, they would be entitled to file one brief in opposition to each of the Defendants' Motions to Dismiss, each up to fifteen pages in length. Given the overlap in Defendants' arguments, however, there is no reason to burden the Court with four separate briefs. In lieu of filing these four briefs of fifteen pages each (sixty pages total), Plaintiffs ask the Court to allow them to file one omnibus opposition to the Motion of thirty (30) pages in length. Plaintiffs believe that one response will both clarify the issues substantially and avoid redundant responses to each of the Defendants' Motions.  Plaintiffs have met and conferred with counsel for the Defendants, and the Defendants do not oppose this Motion.

WHEREFORE, premises considered, Plaintiffs respectfully request that the Court grant their Motion to Exceed Page Limits and Order that any Response to Motion to Dismiss not exceed 30 pages.

Date:  February 6, 2013		Respectfully submitted,

*/s/ Joe R. Whatley, Jr.*
Joe R. Whatley, Jr.
Colorado State Bar No. 38820
WHATLEY KALLAS, LLC
201 North Mill Street
Aspen, CO  81611
Tel.: (800) 695-6750
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com

Edith M. Kallas
WHATLEY KALLAS, LLC
380 Madison Avenue, 23rd Floor
New York, NY  10017
Tel.: (212) 447-7060
Fax: (800)922-4851
Email: ekallas@whatleykallas.com

W. Tucker Brown
WHATLEY KALLAS, LLC
2001 Park Place Tower, Suite 1000
Birmingham, AL  35203
Tel.: (205) 488-1200
Fax: (800) 922-4851
Email: tbrown@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLC
1068 Virginia Avenue, NE
Atlanta, GA  30306
Tel.: (404) 607-8222
Fax: (404) 607-8451
Email: dwinegard@whatleykallas.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of February, 2013, a true and correct copy of the foregoing document was electronically filed as follows:

With the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Abram Jeremy Ellis
Email: aellis@stblaw.com

Aimee Hope Goldstein
Email: agoldstein@stblaw.com

Christopher J. Brady
Email: chris.brady@huschblackwell.com

Edith M. Kallas
Email: ekallas@whatleykallas.com

Erin McAlpin Eiselein
Email: erin.eiselein@dgslaw.com

James Edward Hartley
Email: jhartley@hollandhart.com

John Allen Francis
Email: john.francis@dgslaw.com

Joe Ramon Whatley, Jr
Email: jwhatley@whatleykallas.com

Jonathan S. Bender
Email: jsbender@hollandhart.com

Kathryn A. Reilly
Email: kathryn.reilly@huschblackwell.com

Kevin James Arquit
Email: Karquit@stblaw.com

Melvin B. Sabey
Email: melvin.sabey@kutakrock.com

Thomas Demitrack
Email: tdemitrack@jonesday.com

Toby Gale Singer
Email: tgsinger@jonesday.com

William Tucker Brown
Email: tbrown@whatleykallas.com

 

*/s/ Joe R. Whatley, Jr.*
Joe R. Whatley, Jr.

4