IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03012-WJM-BNB

KISSING CAMELS SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
ARAPAHOE SURGERY CENTER, LLC, and
HAMPDEN SURGERY CENTER, LLC,

Plaintiffs,

v.

HCA, INC.,
HCA-HEALTHONE LLC,
CENTURA HEALTH CORPORATION,
COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC.,
KAISER FOUNDATION HEALTH PLAN OF COLORADO,
ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., d/b/a ANTHEM BLUE
CROSS AND BLUE SHIELD OF COLORADO,
UNITEDHEALTHCARE OF COLORADO, INC.,
AUDUBON AMBULATORY SURGERY CENTER, LLC, and
AETNA, INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Unopposed Motion to Extend Pretrial Deadlines** [docket no. 133, filed August 2, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Scheduling Order is amended as follows:

> The parties shall designate all experts and provide opposing
> counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
> on or before **December 2, 2013**;
> The parties shall designate all rebuttal experts and provide
> opposing counsel with all information specified in Fed. R. Civ. P.
> 26(a)(2) on or before **January 23, 2014**;

   Discovery Cut-Off:      **February 19, 2014**;
   Dispositive Motion Deadline:   **April 3, 2014**.

  IT IS FURTHER ORDERED that the Pretrial Conference set for March 6, 2014, is **vacated and reset to June 10, 2014, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **June 3, 2014**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  August 5, 2013