**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03012-WJM-BNB

KISSING CAMELS SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
ARAPAHOE SURGERY CENTER, LLC, and
HAMPDEN SURGERY CENTER, LLC,

    Plaintiffs,

v.

HCA, INC.,
HCA-HEALTHONE LLC,
CENTURA HEALTH CORPORATION,
COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC.,
KAISER FOUNDATION HEALTH PLAN OF COLORADO,
ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC.,
 d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD OF COLORADO,
UNITEDHEALTHCARE OF COLORADO, INC.,
AUDUBON AMBULATORY SURGERY CENTER, LLC, and
AETNA, INC.,

    Defendants.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Kissing Camels Surgery Center, LLC, Cherry Creek Surgery Center, LLC, Arapahoe Surgery Center, LLC, and Hampden Surgery Center, LLC ("Plaintiffs") and Kaiser Foundation Health Plan of Colorado ("Kaiser") hereby stipulate that Plaintiffs' claims are dismissed in their entirety, with prejudice, as against Kaiser. Kaiser and Plaintiffs will bear their own costs and attorneys' fees.

Dated: October 10, 2013            Respectfully submitted,

 */s/ W. Tucker Brown*
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place Tower, Suite 1000
Birmingham, AL 35203
(205) 488-1200
tbrown@whatleykallas.com

Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP
201 North Mill Street
Jerome Professional Building
Suite 103
Aspen, CO  81611
970-300-2631
jwhatley@whatleykallas.com

Edith M. Kallas
WHATLEY KALLAS, LLP
380 Madison Ave., 23rd Floor
New York, NY 10017
(212) 447-7060
ekallas@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLP
1068 Virginia Ave., NE
Atlanta, GA 30306
(404) 607-8222
dwinegard@whatleykallas.com

**Attorneys for Plaintiffs Kissing Camels Surgery Center, LLC; Cherry Creek Surgery Center, LLC; Hampden Surgery Center, LLC; and Arapahoe Surgery Center, LLC**

 */s/ James E. Hartley*
James E. Hartley
Geraldine A. Brimmer
Jonathan S. Bender
Nadya C. Bosch
Holland & Hart llp
555 17th Street, Suite 3200
Denver, CO  80202
303-295-8000
jhartley@hollandhart.com
gbrimmer@hollandhart.com
jsbender@hollandhart.com
ncbosch@hollandhart.com

**Attorneys for Defendant Kaiser Foundation Health Plan of Colorado**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of October, 2013, a true and correct copy of the foregoing document was served with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Abram Jeremy Ellis
Email: aellis@stblaw.com

Aimee Hope Goldstein
Email: agoldstein@stblaw.com

Christopher J. Brady
Email: chris.brady@huschblackwell.com

Craig A. Hoover
Email: craig.hoover@hoganlovells.com

David A. DeMarco
Email: david.demarco@hoganlovells.com

Deborah J. Winegard
Email: dwinegard@whatleykallas.com

E. Desmond Hogan
Email: desmond.hogan@hoganlovells.com

Edith M. Kallas
Email: ekallas@whatleykallas.com

Erin McAlpin Eiselein
Email: erin.eiselein@dgslaw.com

Geraldine A. Brimmer
Email: gbrimmer@hollandhart.com

Gregory B. Kanan
Email: gkanan@lrrlaw.com

James Edward Hartley
Email: jhartley@hollandhart.com

Joe Ramon Whatley, Jr
Email: jwhatley@whatleykallas.com

John Allen Francis
Email: john.francis@dgslaw.com

Jonathan S. Bender
Email: jsbender@hollandhart.com

Joshua Lipton
Email: JLipton@gibsondunn.com

Kathryn A. Reilly
Email: kathryn.reilly@huschblackwell.com

Karl L. Schock
Email: kschock@bhfs.com

Kenneth F. Rossman, IV
Email: krossman@lrrlaw.com

Kevin James Arquit
Email: Karquit@stblaw.com

Laura M. Sturges
Email: LSturges@gibsondunn.com

Lawrence W. Treece
Email: ltreece@bhfs.com

Melvin B. Sabey
Email: melvin.sabey@kutakrock.com

Michael C. Theis
Email: michael.theis@hoganlovells.com

Natalie West
Email: Natalie.west@dgslaw.com

Richard B. Benenson
Email: rbenenson@bhfs.com

Thomas Demitrack
Email: tdemitrack@jonesday.com

Toby Gale Singer
Email: tgsinger@jonesday.com

William Tucker Brown
Email: tbrown@whatleykallas.com

*/s/ W. Tucker Brown*
W. Tucker Brown