**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03012-WJM-BNB

KISSING CAMELS SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
ARAPAHOE SURGERY CENTER, LLC, and
HAMPDEN SURGERY CENTER, LLC,

    Plaintiffs,

v.

HCA, INC.,
HCA-HEALTHONE LLC,
CENTURA HEALTH CORPORATION,
COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC.,
ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC.,
 d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD OF COLORADO,
UNITEDHEALTHCARE OF COLORADO, INC.,
AUDUBON AMBULATORY SURGERY CENTER, LLC, and
AETNA, INC.,

    Defendants.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Kissing Camels Surgery Center, LLC, Cherry Creek Surgery Center, LLC, Arapahoe Surgery Center, LLC, and Hampden Surgery Center, LLC ("Plaintiffs"), HCA Inc. and HCA-HealthONE LLC (the "HCA Defendants") hereby stipulate that Plaintiffs' claims are dismissed in their entirety, with prejudice, as against the HCA Defendants. The HCA Defendants and Plaintiffs will bear their own costs and attorneys' fees.

Dated:  February 10, 2014          Respectfully submitted,

| *Attorneys for Plaintiffs* | *Attorneys for Defendants HCA Inc. and HCA-HealthONE, LLC* |
|---|---|
| /s/ Joe R. Whatley, Jr. | /s/ Kevin J. Arquit |
| Joe R. Whatley, Jr. | Kevin J. Arquit |
| WHATLEY KALLAS, LLP | SIMPSON THACHER & BARTLETT LLP |
| 720 East Durant Avenue | 425 Lexington Avenue |
| Suite E6 | New York, NY 10017-3954 |
| Aspen, CO  81611 | Tel: (212) 455-2000 |
| Tel:   970-300-4848 | Fax: (212) 455-2502 |
| Fax:  970-429-8280 | |
| | Abram J. Ellis |
| Edith M. Kallas | 1155 F Street, N.W. |
| WHATLEY KALLAS, LLP | Washington, D.C. 20004 |
| 1180 Avenue of the Americas | Tel: (202) 636-5500 |
| 20th Floor | Fax: (202) 636-5502 |
| New York, NY 10036 | |
| Tel:   (212) 447-7060 | John A. Francis |
| Fax:  (800) 922-4851 | Erin McAlpin Eiselein |
| | Natalie West |
| W. Tucker Brown | DAVIS GRAHAM & STUBBS LLP |
| WHATLEY KALLAS, LLP | 1550 17th Street, Suite 500 |
| 2001 Park Place Tower, Suite 1000 | Denver, CO 80202 |
| Birmingham, AL 35203 | Tel: (303) 892-9400 |
| Tel:   (205) 488-1200 | Fax: (303) 893-1379 |
| Fax:  (800) 922-4851 | |
| Deborah J. Winegard | |
| WHATLEY KALLAS, LLP | |
| 1068 Virginia Ave., NE | |
| Atlanta, GA 30306 | |
| Tel:   (404) 607-8222 | |
| Fax:  (404) 607-8451 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of February, 2014, a true and correct copy of the foregoing document was served with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Abram Jeremy Ellis
Email: aellis@stblaw.com

Aimee Hope Goldstein
Email: agoldstein@stblaw.com

Andrew Ringel
Email: ringela@hallevans.com

Christopher J. Brady
Email: chris.brady@huschblackwell.com

Craig A. Hoover
Email: craig.hoover@hoganlovells.com

Daniel Furman
Email: furmand@hallevans.com

David A. DeMarco
Email: david.demarco@hoganlovells.com

Deborah J. Winegard
Email: dwinegard@whatleykallas.com

E. Desmond Hogan
Email: desmond.hogan@hoganlovells.com

Edith M. Kallas
Email: ekallas@whatleykallas.com

Erin McAlpin Eiselein
Email: erin.eiselein@dgslaw.com

Joe Ramon Whatley, Jr
Email: jwhatley@whatleykallas.com

John Allen Francis
Email: john.francis@dgslaw.com

Joshua Lipton
Email: JLipton@gibsondunn.com

Kathryn A. Reilly
Email: kathryn.reilly@huschblackwell.com

Karl L. Schock
Email: kschock@bhfs.com

Kevin James Arquit
Email: Karquit@stblaw.com

Laura M. Sturges
Email: LSturges@gibsondunn.com

Lawrence G. Katz
Email: lkatz@fostergraham.com

Lawrence M. Bond
Email: lbond@whatleykallas.com

Lawrence W. Treece
Email: ltreece@bhfs.com

Melvin B. Sabey
Email: melvin.sabey@kutakrock.com

Michael C. Theis
Email: michael.theis@hoganlovells.com

Natalie West
Email: Natalie.west@dgslaw.com

Richard B. Benenson
Email: rbenenson@bhfs.com

Thomas Demitrack
Email: tdemitrack@jonesday.com

Toby Gale Singer
Email: tgsinger@jonesday.com

William Tucker Brown
Email: tbrown@whatleykallas.com

*/s/ W. Tucker Brown*
W. Tucker Brown