IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03012-WJM-BNB

KISSING CAMELS SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
ARAPAHOE SURGERY CENTER, LLC, and
HAMPDEN SURGERY CENTER, LLC,

Plaintiffs,

v.

CENTURA HEALTH CORPORATION,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1) **Plaintiffs' Unopposed Motion to Substitute Exhibits** [Doc. # 186] is GRANTED;

(2) The following documents shall be Restricted Level 1 pursuant to D.C.COLO.LCivR 7.2:

> Doc. # 179
> Doc. # 179-1
> Doc. # 179-2
> Doc. # 179-3; and

(2) The following documents shall not be restricted and shall be open to public inspection:

> Doc. # 185
> Doc. # 185-1
> Doc. # 185-2.

DATED:  March 12, 2014