IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action:      12-cv-03012-WJM-BNB          Date: August 7, 2014
Courtroom Deputy:  Brandy Simmons               FTR: BNB COURTROOM A-401

| *Parties* | *Attorney(s)* |
|---|---|
| KISSING CAMELS SURGERY CENTER, LLC<br>ARAPAHOE SURGERY CENTER, LLC<br>HAMPDEN SURGERY CENTER, LLC<br>CHERRY CREEK SURGERY CENTER, LLC<br><br>**Plaintiff(s)** | *Joe Ramon Whatley, Jr.* |
| v. | |
| CENTURA HEALTH CORPORATION<br><br>**Defendant(s)** | *Melvin B. Sabey*<br>*Thomas Demitrack* |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session:  3:29 p.m.

Appearance of counsel.

Argument presented on Centura Health Corporation's Motion to compel Production of Documents in Response to Subpoena to Surgical Center Development, Inc. [199] filed June 26, 2014.

**ORDERED:  Centura Health Corporation's Motion to compel Production of Documents in Response to Subpoena to Surgical Center Development, Inc. is GRANTED.**

Court in Recess:  4:19 p.m.    Hearing concluded.    Total time in Court:  00:50