IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-03012-WJM-BNB

KISSING CAMELS SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
ARAPAHOE SURGERY CENTER, LLC, and
HAMPDEN SURGERY CENTER, LLC,

Plaintiffs,

v.

CENTURA HEALTH CORPORATION,

Defendant.

_____

**ORDER**
_____

This matter is before me on **Centura's Motion to Compel Production In Response to Subpoena to Surgical Center Development, Inc.** [Doc. # 199, filed 6/26/2014] (the "Motion to Compel"). I held a hearing on the Motion to Compel yesterday and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Compel [Doc. # 199] is GRANTED; and

(2)     On or before August 21, 2014, the parties shall notify me as to the date by which compliance with this order will be completed.

Dated August 8, 2014.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge