IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03012-WJM-BNB

KISSING CAMELS SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
ARAPAHOE SURGERY CENTER, LLC, and
HAMPDEN SURGERY CENTER, LLC,

Plaintiffs,

v.

CENTURA HEALTH CORPORATION,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


An adequate showing under D.C.COLO.LCivR 7.2 having been made,

IT IS ORDERED:

(1)      The **Joint Motion to File a Redacted Version** [Doc. # 233, filed 10/14/2014]
(the "Motion to Restrict Access") is GRANTED; and

(2)      Doc. ## 228 through 228-49 shall be RESTRICTED, Level 1.


DATED:  October 21, 2014