**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03012-WJM-NYW

KISSING CAMELS SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
ARAPAHOE SURGERY CENTER, LLC, and
HAMPDEN SURGERY CENTER, LLC,

    Plaintiffs,

v.

CENTURA HEALTH CORPORATION,
COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC.,
ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD OF COLORADO,
UNITED HEALTHCARE OF COLORADO, INC., and
AETNA, INC.,

    Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action comes before the court on the Parties' Joint Motion to Vacate or Extend Pretrial Deadlines (the "Motion"). Pursuant to the Order Referring Case dated November 19, 2012 [#4] and the memorandum dated March 26, 2015 [#292], this matter was referred to this Magistrate Judge. The Parties ask that the court vacate the April 14, 2015 Final Pretrial Conference and the associated deadline for filing the proposed pretrial order, or in the alternative, extend these deadlines by three months.

    IT IS ORDERED that the Motion is GRANTED IN PART. The April 14, 2015 Final Pretrial Conference is converted to a **Status Conference**, which will be held **at 1:30 p.m.** in Courtroom C-205, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

DATED: March 31, 2015