**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03012-WJM-NYW

KISSING CAMELS SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
ARAPAHOE SURGERY CENTER, LLC, and
HAMPDEN SURGERY CENTER, LLC,

    Plaintiffs,

v.

CENTURA HEALTH CORPORATION,
COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC.,
ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD OF COLORADO,
UNITED HEALTHCARE OF COLORADO, INC., and
AETNA, INC.,

    Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court on Defendants Aetna, Inc. ("Aetna") and Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield of Colorado's ("Anthem") Unopposed Joint Motion to Join United's Unopposed Motion for Second Extension of Time to Respond to Second Amended Complaint ("Motion for Extension"). [#304, filed July 27, 2015]. Also before the court is Plaintiffs' Unopposed Motion for Continuance of Status Conference ("Motion to Continue"). [#306, filed July 28, 2015]. These matters were referred to this Magistrate Judge pursuant to the Order Referring Case dated November 19, 2012 [#4], the Order of Reassignment dated February 9, 2015 [#289], and the memoranda dated July 28 and 29, 2015 [#305, #308].

    IT IS ORDERED:

1. The Motion for Extension is **GRANTED**, Defendants Aetna and Anthem shall file an Answer or otherwise respond to the Second Amended Complaint on or before **September 30, 2015**; and

2. The Motion to Continue is **GRANTED**, the Status Conference set for August 4, 2015 is VACATED and a **Scheduling Conference** is set for **October 6, 2015 at 10:00 a.m.** in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

Finally, the Parties are advised that the court expects that discovery will occur during this approximately sixty-day interim, that the court will consider the interim in reviewing dates included in proposed scheduling order, and that the Parties shall be prepared to discuss at the Status Conference what further discovery, if any, remains outstanding.

DATED: July 29, 2015