**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03012-WJM-NYW

KISSING CAMELS SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
ARAPAHOE SURGERY CENTER, LLC, and
HAMPDEN SURGERY CENTER, LLC,

    Plaintiffs,

v.

CENTURA HEALTH CORPORATION,
COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC.,
ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD OF COLORADO,
UNITED HEALTHCARE OF COLORADO, INC., and
AETNA, INC.,

    Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This matter comes before the court on the Motion for Protective Order Regarding Defendants and Counterclaim Plaintiffs' First Set of Interrogatories ("Motion for Protective Order") [#349] filed by Plaintiffs Kissing Camels Surgery Center, LLC; Cherry Creek Surgery Center, LLC; Arapahoe Surgery Center, LLC; and Hampden Surgery Center, LLC (collectively, Plaintiffs). The Motion for Protective Order was referred to this Magistrate Judge by memorandum on November 19, 2015 [#350], after the court had held a Status Conference with the Parties regarding discovery and other outstanding issues.

    Consistent with the discussion on the record during the Status Conference, this court expects that Plaintiffs will appropriately respond to the propounded discovery on or before **November 19, 2015**. Given the fact that Plaintiffs did not file their Motion for Protective Order until yesterday, when discovery was propounded on September 29, 2015 and was due today, this court finds that Plaintiffs should be prepared to respond to the discovery and should not be permitted to avail themselves of the stay contemplated by D.C.COLO.LCivR 30.2.

Therefore, **IT IS ORDERED** that Plaintiff's Motion for Protective Order Regarding Defendants and Counterclaim Plaintiffs' First Set of Interrogatories is **DENIED**, with leave to refile if appropriate after the Parties meet and confer consistent with the discussion in the Status Conference.

DATED:  November 19, 2015