IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 12-cv-03012-WJM-NYW | Date: November 19, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204 |

| *Parties* | *Attorney(s)* |
|---|---|
| KISSING CAMELS SURGERY CENTER, LLC, <br> CHERRY CREEK SURGERY CENTER, LLC, <br> ARAPAHOE SURGERY CENTER, LLC, <br> HAMPDEN SURGERY CENTER, LLC, <br><br> **Plaintiffs,** <br><br> v. <br><br> CENTURA HEALTH CORPORATION, <br> AETNA, INC., <br> UNITED HEALTHCARE OF COLORADO, INC., <br> ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., <br> doing business as Anthem Blue Cross and Blue Shield of Colorado, <br> COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC., <br><br> **Defendants.** | *Deborah J. Winegard* <br><br><br><br><br><br><br><br><br> *Melvin B. Sabey* <br> *Laura M. Sturges* <br> *Richard B. Benenson* <br> *Justin L. Cohen* <br> *Kathryn A. Reilly* <br> *Elizabeth A. Jose* |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE AND MOTION HEARING**

Court in Session:  11:07 a.m.

Appearance of counsel. Matthew Harvey appears with Ms. Sturges.

Argument and discussion held regarding Defendant United Healthcare of Colorado's Motion for Order Joining SurgCenter as Counterclaim Defendant [316] filed September 30, 2015.

**ORDERED: Motion for Order Joining SurgCenter as Counterclaim Defendant [316] filed by Defendant United Healthcare of Colorado is ARGUED, SUBMITTED and TAKEN UNDER ADVISEMENT.**

Discussion held regarding Joint Status Report [345] filed November 10, 2015.

**ORDERED:** On or before December 3, 2015, parties shall meet and confer regarding organization and searchability of the terabyte of documents, data, and deposition transcripts, provided to Defendants on November 6, 2015. If any index, table of contents, or roadmap exists, Plaintiffs shall produce it to Defendants. Counsel for Plaintiffs shall assist in walking Defendants through the folders.

**ORDERED:** On or before December 10, 2015, Parties shall produce a list as to what discovery disputes are still outstanding. If there are objections to any particular written discovery request, the Parties will put together a discovery chart in the attached format and include it with the joint status report. A joint status report is due on or before December 10, 2015, with a complete list of issues to be discussed at the Discovery Conference.

**ORDERED:** A Discovery Conference is set for December 14, 2015, at 2:00 p.m. for two hours in Courtroom C-204, before Magistrate Judge Wang. Parties shall be prepared to discuss outstanding discovery disputes. To the extent that any counsel wish to appear by telephone, such request will be made in the form of a written motion filed three business days prior to the conference.

Court in Recess: 12:03 p.m.          Hearing concluded.          Total time in Court: 00:56

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.