IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 12-cv-03012-WJM-NYW | Date: January 21, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| KISSING CAMELS SURGERY CENTER, LLC, CHERRY CREEK SURGERY CENTER, LLC, ARAPAHOE SURGERY CENTER, LLC, HAMPDEN SURGERY CENTER, LLC, | *Deborah J. Winegard* |
| **Plaintiffs,** | |
| v. | |
| CENTURA HEALTH CORPORATION, AETNA, INC., UNITED HEALTHCARE OF COLORADO, INC., ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., doing business as Anthem Blue Cross and Blue Shield of Colorado, COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC., | *Melvin B. Sabey*<br>*Laura M. Sturges*<br>*Richard B. Benenson*<br>*Justin L. Cohen*<br>*Elizabeth A. Jose (via telephone)*<br>*Kathryn A. Reilly* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**DISCOVERY/STATUS CONFERENCE**

Court in Session:  2:00 p.m.

Appearance of counsel.

Discussion held regarding Joint Status Reports [376] and [382] filed December 22, 2015 and January 14, 2016.

**ORDERED: Counterclaim Defendants' Motion for Leave to File a Reply in Support of Motion to Strike Counterclaim Plaintiffs' First Set of Interrogatories and Second requests for Production of Document [380] is GRANTED. The Clerk of the Court is directed to accept the Reply [380-1].**

Discussion held regarding the outstanding technical issues related to the electronic database outlined in the Status Report [376]. Defendants anticipate a 30(b)(6) deposition of the data custodians.

Discussion held regarding Plaintiffs' supplemental documents outlined in the Status Report [376] in pages 10-12.

Discussion held regarding additional search terms.

**ORDERED: On or before February 4, 2016, parties shall meet and confer about additional search terms and additional custodians.**

**ORDERED: Defendants shall serve a notice of the 30(b)(6) deposition of the data custodians on or before February 5, 2016. The 30(b)(6) designee(s) shall be available for the deposition during the month of February 2016.**

Discussion and argument on the Motion to Strike Defendants' First Set of Interrogatories and Second Requests for Production of Documents [366] filed December 10, 2015.

**ORDERED: The Motion to Strike Defendants' First Set of Interrogatories and Second Requests for Production of Documents [366] is GRANTED in PART and DENIED in PART as stated on the record. Plaintiffs are directed to serve responses to discovery on or before February 4, 2016, consistent with the court's direction. A separate written order to issue on Defendants' Requests for Production.**

**ORDERED: A joint status report is due on or before February 11, 2016. Parties are directed to identify all discovery issues to be discussed during the Status Conference.**

**ORDERED: A Status Conference is set for two hours on February 23, 2016, at 10:00 a.m. in Courtroom C-204, before Magistrate Judge Wang.**

Court in Recess: 3:43 p.m.          Hearing concluded.          Total time in Court: 01:43