**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-03012-WJM-NYW

KISSING CAMELS SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
ARAPAHOE SURGERY CENTER, LLC, and
HAMPDEN SURGERY CENTER, LLC,

    Plaintiffs/Counterclaim Defendants.

v.

CENTURA HEALTH CORPORATION,
COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC.,
and AETNA, INC.,

    Defendants/Counterclaim Plaintiffs.

---

**PLAINTIFFS' NOTICE OF STILL PENDING CLAIMS PER COURT'S
SEPTEMBER 12, 2016 MINUTE ORDER**

---

Plaintiffs and Counterclaim Defendants Arapahoe Surgery Center, LLC ("Dry Creek"), Cherry Creek Surgery Center, LLC ("Cherry Creek"), Hampden Surgery Center, LLC ("Hampden"), and Kissing Camels Surgery Center, LLC ("Kissing Camels") (collectively, the "Plaintiffs") hereby give notice to the Court, per the Court's September 12, 2016 Minute Order (Dkt. 472), of all pending claims in the above-captioned matter.

**Remaining Claims from Plaintiffs' Second Amended Complaint**

1.    Count I – Contract, Combination, or Conspiracy in Restraint of Trade in Violation of Section 1 of the Sherman Act on behalf of all Plaintiffs against Defendants Centura Health Corporation ("Centura"), Colorado Ambulatory Surgery Center Association, Inc. ("CASCA"),

and Aetna, Inc. ("Aetna").

2. Count II - Conspiracy to Monopolize in Violation of 15 U.S.C § 2 on behalf of Kissing Camels against Defendant Centura.

3. Count III – Attempted Monopolization in Violation of 15 U.S.C. § 2 on behalf of Kissing Camels against Defendant Centura.

4. Count IV – Contract, Combination, or Conspiracy in Restraint of Trade in Violation of the Colorado Antitrust Act on behalf of all Plaintiffs against Defendants Centura, CASCA, and Aetna.

5. Count V – Conspiracy to Monopolize in Violation of C.R.S. 6-4-105 on behalf of Kissing Camels against Defendant Centura.

6. Count VI – Attempted Monopolization in Violation of C.R.S. 6-4-105 on behalf of Kissing Camels against Defendant Centura.

**Remaining Counterclaims filed by Aetna, Inc.**

7. Count II – Claim for Unjust Enrichment on behalf of Aetna against Kissing Camels Surgery Center, LLC, Cherry Creek Surgery Center, LLC, Arapahoe Surgery Center, LLC, and Hampden Surgery Center, LLC.

8. Count III – Claim for Tortious Interference with Contracts between Aetna and its Members on behalf of Aetna against Kissing Camels Surgery Center, LLC, Cherry Creek Surgery Center, LLC, Arapahoe Surgery Center, LLC, and Hampden Surgery Center, LLC.

9. Count IV – Claim for Tortious Interference with Contracts between Aetna and its Network Physicians on behalf of Aetna against Kissing Camels Surgery Center, LLC, Cherry Creek Surgery Center, LLC, Arapahoe Surgery Center, LLC, and Hampden Surgery Center,

LLC.

Date: September 13, 2016                                Respectfully submitted,


*/s/ W. Tucker Brown*
W. Tucker Brown
D. Jamie Carruth
WHATLEY KALLAS, LLP
2001 Park Place Tower, Suite 1000
Birmingham, AL  35203
Tel.: (205) 488-1200
Fax: (800) 922-4851
Email:  tbrown@whatleykallas.com
            jcarruth@whatleykallas.com

Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP
720 East Durant Avenue, Suite E6
Aspen, CO  81611
Tel.: (970) 300-4848
Fax: (970) 429-8280
Email:  jwhatley@whatleykallas.com

Edith M. Kallas
WHATLEY KALLAS, LLP
1180 Avenue of the Americas, 20th Floor
New York, NY  10036
Tel.: (212) 447-7060
Fax: (800)922-4851
Email:  ekallas@whatleykallas.com

Deborah J. Winegard
WHATLEY KALLAS, LLP
1068 Virginia Avenue, NE
Atlanta, GA  30306
Tel.: (404) 607-8222
Fax: (404) 607-8451
Email:  dwinegard@whatleykallas.com

4

Patrick J. Sheehan
WHATLEY KALLAS, LLP
60 State Street, 7th Floor
Boston, MA 02109
Tel.: (617) 573-5118
Fax: (617) 371-2950
Email:  psheehan@whatleykallas.com

Henry C. Quillen
WHATLEY KALLAS, LLP
159 Middle Street
Suite 2C
Portsmouth, NH  03801
Tel.: (603) 294-1591
Fax: (800) 922-4851
Email:  hquillen@whatleykallas.com

*Attorneys for Plaintiffs and
Counterclaim Defendants*

## CERTIFICATE OF SERVICE

I hereby certify on that on this 13th day of September, 2016, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ W. Tucker Brown*
W. Tucker Brown