**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03012-WJM-NYW

**KISSING CAMELS SURGERY CENTER, LLC, et al.,**

　　Plaintiffs,

v.

**CENTURA HEALTH CORPORATION, et al.,**

　　Defendants.

---

**UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR DEFENDANT AETNA, INC. TO FILE ITS OPPOSITION TO COUNTERCLAIM DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON AETNA, INC.'S COUNTERCLAIMS**

---

　　Defendant Aetna, Inc. respectfully requests a one-week extension, to December 2, 2016, of the deadline to file its opposition to Counterclaim Defendants' Motion for Summary Judgment on Aetna's Counterclaims (D.E. 476). The requested extension would align briefing for the Counterclaim Defendants' Motion onto the same schedule as the Court set for the other pending motions for summary judgment in this matter (D.E.485). Under this schedule, the Counterclaim Defendants' Reply would be due December 16, 2016. *See id*. Aetna has conferred with the Plaintiffs/Counterclaim Defendants, who consent to the requested relief.

　　Aetna requests this extension because one of its lead counsel on this matter has been in the hospital, and, given the record-intensive nature of summary judgment briefing, the unexpected unavailability of one of its lead counsel has created a need for additional time to prepare its response.

Extending Aetna's time to prepare its response by one week will not impact any other dates in the case schedule, and it will not adversely impact other parties.  Rather, the extension will align the schedule for all pending motions for summary judgment, which will permit the Plaintiffs/Counterclaim Defendants to complete their response to the Defendants' motions for summary judgment before turning to the reply in support of their motion.

For these reasons, Aetna respectfully requests that the Court extend its deadline to respond to Counterclaim Defendants' Motion for Summary Judgment on Aetna, Inc.'s Counterclaims to December 2, 2016, and the deadline for Counterclaim Defendants' reply to December 16, 2016.

Dated:  November 17, 2016

Respectfully submitted,

*s/ Joseph P. Vardner*

GIBSON, DUNN & CRUTCHER LLP

Joshua Lipton
Joseph P. Vardner
1050 Connecticut Avenue, N.W.
Third Floor
Washington, DC 20036-5303
Telephone:  202.955.8226
Facsimile:  202.530.9536
jlipton@gibsondunn.com
jvardner@gibsondunn.com

Laura Sturges
1801 California Street
Suite 4200
Denver, CO  80202-2642
Telephone:   303.298.5700

Facsimile:   303.313.2825
lsturges@gibsondunn.com

Attorneys for Defendant Aetna, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03012-WJM-NYW

**KISSING CAMELS SURGERY CENTER, LLC, et al.,**

    **Plaintiffs,**

                    v.

**CENTURA HEALTH CORPORATION, et al.,**

    **Defendants.**

---

## [PROPOSED] ORDER

---

It is hereby Ordered that Defendant Aetna Inc.'s response to Counterclaim Defendants' Motion for Summary Judgment on Aetna Inc.'s Counterclaims (D.E. 476) shall be filed no later than December 2, 2016.  Counterclaim Defendants' Reply in Support of their Motion shall be filed no later than December 16, 2016.

    Dated on this \_\_\_\_ day of _____, 2016

                                                                BY THE COURT:

                                                                 _____
                                                                 William J. Martinez
                                                                 United State District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2016, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which notified all counsel of record.  Per Local Rule 6.1(c), Aetna's counsel has simultaneously served his client with the foregoing motion.

*s/ Joseph P. Vardner*

Joseph P. Vardner