**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-03012-WJM-NYW

KISSING CAMELS SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
ARAPAHOE SURGERY CENTER, LLC, and
HAMPDEN SURGERY CENTER, LLC,

    Plaintiffs/Counterclaim Defendants,

v.

CENTURA HEALTH CORPORATION,
COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC.,
and AETNA, INC.,

    Defendants/Counterclaim Plaintiffs.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c)(2), and in light of and pursuant to their settlement agreement, Kissing Camels Surgery Center, LLC, Cherry Creek Surgery Center, LLC, Arapahoe Surgery Center, LLC, Hampden Surgery Center, LLC, (collectively "Plaintiffs") and Aetna, Inc. (along with the Plaintiffs, collectively the "Parties") hereby stipulate that all Plaintiffs' claims against Aetna are hereby dismissed in their entirety, with prejudice, and Aetna's counterclaims against Plaintiffs are hereby dismissed in their entirety, with prejudice. The Parties will bear their own costs and attorneys' fees. No remaining party objects to this Joint Stipulation of Dismissal.

1

| | |
|---|---|
| Date: December 16, 2016 | Respectfully submitted, |

| | |
|---|---|
| */s/ Joshua Lipton* | */s/ W. Tucker Brown* |
| GIBSON DUNN & CRUTCHER LLP | W. Tucker Brown |
| Joshua Lipton | D. Jamie Carruth |
| Joseph Vardner | WHATLEY KALLAS, LLP |
| 1050 Connecticut Avenue, N.W. | 2001 Park Place Tower, Suite 1000 |
| Third Floor | Birmingham, AL  35203 |
| Washington, DC 20036-5303 | Tel.: (205) 488-1200 |
| Telephone:  202.955.8226 | Fax: (800) 922-4851 |
| Facsimile:  202.530.9536 | Email: tbrown@whatleykallas.com |
| Email: jlipton@gibsondunn.com |             jcarruth@whatleykallas.com |
|            jvardner@gibsondunn.com | |
| | Deborah J. Winegard |
| Laura Sturges | WHATLEY KALLAS, LLP |
| 1801 California Street, Suite 4200 | 1068 Virginia Avenue, NE |
| Denver, CO  80202-2642 | Atlanta, GA  30306 |
| Telephone:     303.298.5700 | Tel.: (404) 607-8222 |
| Facsimile:     303.313.2825 | Fax: (404) 607-8451 |
| Email: lsturges@gibsondunn.com | Email: dwinegard@whatleykallas.com |
| | |
| ***Attorneys for Defendant Aetna, Inc.*** | |
| | Joe R. Whatley, Jr. |
| | WHATLEY KALLAS, LLP |
| | 720 East Durant Avenue, Suite E6 |
| | Aspen, CO  81611 |
| | Tel.: (970) 300-4848 |
| | Fax: (970) 429-8280 |
| | Email: jwhatley@whatleykallas.com |
| | |
| | Edith M. Kallas |
| | WHATLEY KALLAS, LLP |
| | 1180 Avenue of the Americas, 20th Floor |
| | New York, NY  10036 |
| | Tel.: (212) 447-7060 |
| | Fax: (800)922-4851 |
| | Email: ekallas@whatleykallas.com |

Patrick J. Sheehan
WHATLEY KALLAS, LLP
60 State Street, 7th Floor
Boston, MA 02109
Tel.: (617) 573-5118
Fax: (617) 371-2950
Email: psheehan@whatleykallas.com

Henry C. Quillen
WHATLEY KALLAS, LLP
159 Middle Street
Suite 2C
Portsmouth, NH 03801
Tel.: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of December, 2016, the foregoing Joint Stipulation of Dismissal with Prejudice has been served via the CM/ECF electronic system to all counsel of record.

*/s/ W. Tucker Brown*
OF COUNSEL