**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03012-WJM-NYW

KISSING CAMELS SURGERY CENTER, LLC,
CHERRY CREEK SURGERY CENTER, LLC,
ARAPAHOE SURGERY CENTER, LLC, and
HAMPDEN SURGERY CENTER, LLC,

     Plaintiffs,

v.

CENTURA HEALTH CORPORATION, and
COLORADO AMBULATORY SURGERY CENTER ASSOCIATION, INC.

     Defendants.

---

## JOINT STATUS REPORT REGARDING MEDIATION

---

In accordance with this Court's Minute Order of January 30, 2017 ("Minute Order," Doc. 554), Plaintiffs Kissing Camels Surgery Center, LLC, Cherry Creek Surgery Center, LLC, Arapahoe Surgery Center, LLC, and Hampden Surgery Center, LLC, along with Defendants Centura Health Corporation and the Colorado Ambulatory Surgery Center Association (collectively "the Parties"), submit this Joint Status Report regarding mediation in this case.

Mediation is currently scheduled for April 25 and 26, 2017 with David Geronemus of JAMS in New York City. Mr. Geronemus has been a mediator with JAMS since 1994. He formerly served as a Law Clerk to Justice Potter Stewart and he has taught negotiations and alternative dispute resolution at the law schools of Yale and Columbia.

The Parties attempted to schedule the mediation prior to April 25, and 26, 2017. Prior to

selecting Mr. Geronemus, the Parties met and conferred and discussed six potential mediators who would have been acceptable to the parties. The six mediators, however, had limited availability prior to May. Given the respective schedules of the mediators and counsel for the parties, April 25 and 26 were the earliest workable dates. The Parties will continue to work with Mr. Geronemus and will attempt to re-schedule the mediation if earlier dates become available.

Dated:  February 16, 2017

*/s/ W. Tucker Brown*
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place Tower, Suite 1000
Birmingham, AL 35203
Tel:  205.488.1200
Fax: 800.922.4851

Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP
720 East Durant Avenue
Suite E6
Aspen, CO 81611
Tel:  800.695.6750
Fax: 800.922.4851

Edith M. Kallas
WHATLEY KALLAS, LLP
1180 Avenue of the Americas, 20th Floor
New York, NY 10036
Tel:  212.447.7060
Fax: 800.922.4851

Deborah J. Winegard
WHATLEY KALLAS, LLP
1068 Virginia Ave., NE
Atlanta, GA 30306
Tel:  404.607.8222
Fax: 404.607.8451

**Attorneys for Plaintiffs**

Respectfully Submitted,

/s/ Thomas Demitrack
Thomas Demitrack
Brett Bell
JONES DAY
901 Lakeside Avenue East
Cleveland, OH 44114
Tel: 216.586.7141
Email: tdemitrack@jonesday.com
           bbell@jonesday.com

Paula W. Render
JONES DAY
77 West Wacker Driv
Suite 3500
Chicago, IL 60601
Email: prender@jonesday.com

Melvin B. Sabey
HALL, RENDER, KILLIAN, HEATH & LYMAN, PC
Writer Square
1512 Larimer Street
Suite 300
Denver, CO 80202
Tel: 303.801.3535
Email: melsabey@hasllrender.com

**Attorneys for Defendants**
**CENTURA HEALTH CORPORATION**

3

/s/ Kathryn A. Reilly
Kathryn A. Reilly
Grace Ann Fox
WHEELER TRIGG O'DONNELL, LLP
370 17th Street
Suite 4500
Denver, CO  80202-5647
Tel:  303.244.1800
Email: reilly@wtotrial.com
           fox@wtotrial.com

**Attorneys for Defendant**
**COLORADO AMBULATORY**
**SURGERY CENTER ASSOCIATION,**
**INC.**